August 20, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

KAREN GUISHARD, Appellant

NO. 14-14-00362-CV                    V.

MONEY MANAGEMENT INTERNATIONAL, INC./CONSUMER CREDIT COUNSELING SERVICE, Appellee

_____

  This cause, an appeal from the judgment in favor of appellee, Money Management International, Inc./Consumer Credit Counseling Service, signed, May 1, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

  We order appellant, Karen Guishard, to pay all costs incurred in this appeal.

  We further order this decision certified below for observance.